UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**PHILIP W. STAUDERMAN,**

 **Plaintiff,**

**v.**               Case No. 5:19cv531-TKW-MJF

**MARK INCH,** Secretary, Department of Corrections,

 **Defendant.**

                 /

## **O R D E R**

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 3). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation, I agree with the magistrate judge's determination that this case should be transferred to the district court for the district within which the state court that convicted and sentenced Plaintiff is located.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **TRANSFERRED** to the Middle District of Florida pursuant to 28 U.S.C. §2241(d).

3. The Clerk shall close the file.

**DONE and ORDERED** this 27th day of December, 2019.

_T. Kent Wetherell, II_
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**